United States District Court
Southern District of Texas
**ENTERED**
June 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VENODHAR R. JULAPALLI, § | |
| § | |
| Plaintiff. § | |
| § | |
| V. § | CIVIL ACTION NO. 4:23-CV-02061 |
| § | |
| MARC L. BOOM, *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### AMENDED MEMORANDUM AND RECOMMENDATION

On January 22, 2024, Defendants' Rule 12(b)(6) Motion to Dismiss (Dkt. 18) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 26. Judge Edison filed an Amended Memorandum and Recommendation on May 31, 2024, recommending that Defendants' Rule 12(b)(6) Motion to Dismiss (Dkt. 18) be **GRANTED**. *See* Dkt. 33.

On June 3, 2024, Plaintiff filed his Objections. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's

Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Amended Memorandum and Recommendation (Dkt. 33) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendants' Rule 12(b)(6) Motion to Dismiss (Dkt. 18) is **GRANTED**.

It is so **ORDERED**.

SIGNED at Houston, Texas on June 17, 2024.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE